14-432-ER

March 24, 2015

Dear Clerk

I just received a copy of the denial of my motion for rehearing on the 26TH day of march 2015. This ruling was handed down on the 19TH day of march 2015. I don't know why it would take "9" days to receive a ruling from your court. I am asking for extension of time in which to file my petition for discretionary review pursuant to Rule 10.5, and could the mandate be recalled due to the delay.

Otto Ray Kietzman #1022316
200 N Comal
San Antonio Tx 78207

RECEIVED IN
COURT OF CRIMINAL APPEALS

APR 09 2015

Abel Acosta, Clerk



FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS
2015 APR -2 AM 11:56
KEITH E. HOTTLE, CLERK

FIRST-CLASS MAIL

neopost
03/31/2015
US POSTAGE $00.48⁰

ZIP 78205
041L12202049

Otto Ray Aletzman #1022316
200 N. Comal
San Antonio Tx 78207

FILED
IN THE COURT OF APPEALS
AT SAN ANTONIO, TEXAS

2015 APR -2 AM II: 55

Keith Hottle, Court of Appeals Clerk
Fourth Court of Appeals District
300 Dolorosa, Ste 3300
San Antonio, Texas 78205-3037

INDIGENT

BEXAR COUNTY

78205-3037



UNITED STATES POSTAGE
PITNEY BOWES
02 1P $ 000.48⁰
0003179973   APR 06 2015
MAILED FROM ZIP CODE 78205

SAN ANTONIO

OFFICIAL BUSINESS
STATE OF TEXAS
STATE PENALTY
FOR PRIVATE USE

COURT OF APPEALS
FOURTH COURT OF APPEALS DISTRICT
CADENA-REEVES JUSTICE CENTER
300 DOLOROSA, SUITE 3200
SAN ANTONIO, TEXAS 78205-3037

Court of Criminal Appeals
P.O. Box 12308
Austin, TX. 78711

78711230803